**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-6122**
_____

CHARLES CLAUDE RAMSEY,

        Plaintiff - Appellant,

    v.

UNKNOWN,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:25-cv-00740-JKW-LRL)

_____

Submitted:  March 26, 2026                       Decided:  March 31, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Claude Ramsey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Claude Ramsey appeals the district court's order dismissing without prejudice his civil action.[1]  We have reviewed the record and discern no reversible error.[2]  Accordingly, we affirm the district court's order.  *Ramsey v. Unknown*, No. 2:25-cv-00740-JKW-LRL (E.D. Va. Jan. 5, 2026).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] The district court's dismissal order is a final decision because the court dismissed the action "without providing leave to amend."  *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).

[2] The district court clerk's office opened a civil action after receiving a one-page letter from Ramsey asking the court to send him a 42 U.S.C. § 1983 complaint form.  The district court found that Ramsey's letter did not intend to initiate a civil action and dismissed the case.  On appeal, Ramsey has not contested the district court's characterization of his letter and its purpose.